**No. 10-1428. Jose Valadez-Munoz, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 821, 132 S. Ct. 106, 181 L. Ed. 2d 32, 2011 U.S. LEXIS 6936.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 623 F.3d 1304.